IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVINGWELL MEDICAL CLINIC, INC., PREGNANCY CARE CENTER OF THE NORTH COAST, INC., and CONFIDENCE PREGNANCY CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA HARRIS, Attorney General of the State of California; KAREN SMITH, M.D., Director of California Department of Public Health; MICHAEL COLANTUONO, City Attorney of Grass Valley, California; ALISON BARRAT-GREEN, Country Counsel of Nevada County, California; CINDY DAY-WILSON, City Attorney of Eureka, California; JEFFREY S. BLANCK, County Counsel of Humboldt County, California; CHRISTOPHER A. CALLIHAN, City Attorney of Salinas, California; CHARLES J. MCKEE, County Counsel of Monterey County, California; <br><br> Defendants. | No. C 15-04939 JSW <br><br> **ORDER RE BRIEFING OF PRELIMINARY INJUNCTION MOTION** |

On November 13, 2015, Plaintiffs LivingWell Medical Clinic., Inc., Pregnancy Care Center of the North Coast, Inc., and Confidence Pregnancy Center, Inc. (collectively "Plaintiffs") filed a motion for a preliminary injunction and set the motion for hearing on December 18, 2015 at 9:00 a.m. The opposition briefs to the motion were due on November 27, 2015. No opposition briefs by any defendant have been filed. The Court staff made Defendants' counsel aware of the missed deadline on November 30, 2015.

1  The Court is keenly aware of the timeline for the injunctive relief sought in the pending motion for a preliminary injunction. The Court is also aware that Defendants have filed timely oppositions in another matter addressing similar issues as the one before this Court. (*National Institute of Family and Life Advocates et al. v. Harris et al.*, S.D. Cal. Case No. 15-cv-02277.) Accordingly, the untimely oppositions to the pending motion for preliminary injunction shall be e-filed by no later than noon on December 2, 2015 or the motion shall be deemed unopposed.

**IT IS SO ORDERED.**

Dated:   December 1, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE