KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
NOREEN P. SKELLY
Deputy Attorney General
State Bar No. 186135
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 327-0349
  Fax:  (916) 324-8835
  E-mail:  Noreen.Skelly@doj.ca.gov
*Attorneys for Kamala Harris, Attorney General of the State of California, Karen Smith, M.D., Director, California Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LIVINGWELL MEDICAL CLINIC, INC., et al.**,<br><br>                      Plaintiffs,<br><br>     v.<br><br>**KAMALA HARRIS, et al.**,<br><br>                      Defendants. | 4:15-cv-04939-JSW<br><br>**[PROPOSED]** ORDER ON JOINT STIPULATION TO MODIFY DEADLINE FOR FILING AN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ; ADVANCING HEARING DATE<br>Date:    ~~December 18, 2015~~<br>Time:   9:00 a.m. |

1

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Defendants Attorney General Kamala D. Harris and Dr. Karen Smith, M.D. may file their Opposition to Plaintiffs' Motion for Preliminary Injunction on or before noon on December 2, 2015. The deadline for filing any reply brief will be ~~seven days after the date the opposition is filed~~. due on or before noon on December 7, 2015. The hearing is advanced to December 17, 2015 at 9:00 a.m.

**IT IS SO ORDERED:**

Dated: December 2, 2015

_____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**

2

[Proposed] Order on Joint Stipulation to Modify Deadline for Filing an Opposition to Motion for Preliminary Injunction  (4:15-cv-04939-JSW)