1

2

3

4

5                                    IN THE UNITED STATES DISTRICT COURT

6                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    LIVINGWELL MEDICAL CLINIC, INC.,                    No. C 15-04939 JSW
     PREGNANCY CARE CENTER OF THE
9    NORTH COAST, INC., and CONFIDENCE
     PREGNANCY CENTER, INC.,
10                                                        **ORDER VACATING HEARING ON**
                    Plaintiffs,                          **PRELIMINARY INJUNCTION MOTION**
11
       v.
12
     KAMALA HARRIS, Attorney General of the
13   State of California; KAREN SMITH, M.D.,
     Director of California Department of Public
14   Health; MICHAEL COLANTUONO, City
     Attorney of Grass Valley, California; ALISON
15   BARRAT-GREEN, Country Counsel of Nevada
     County, California; CINDY DAY-WILSON,
16   City Attorney of Eureka, California; JEFFREY
     S. BLANCK, County Counsel of Humboldt
17   County, California; CHRISTOPHER A.
     CALLIHAN, City Attorney of Salinas,
18   California; CHARLES J. MCKEE, County
     Counsel of Monterey County, California;
19
                    Defendants.
20   _____/

21

22           Pursuant to Civil Local Rule 7-1(b) and after additional briefing, the Court finds that the

23   motion for preliminary injunction which is set for hearing on Thursday, December 17, 2015, at 9:00

24   a.m., is appropriate for decision without oral argument.  Accordingly, the hearing date is hereby

25   VACATED.  The motion will be taken under submission and decided on the papers.

26           **IT IS SO ORDERED.**

27   Dated:  December 16, 2015                          _____
                                                        JEFFREY S. WHITE
28                                                      UNITED STATES DISTRICT JUDGE