KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
NOREEN P. SKELLY
Deputy Attorney General
State Bar No. 186135
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-0349
 Fax: (916) 324-8835
 E-mail: Noreen.Skelly@doj.ca.gov
*Attorneys for Kamala Harris, Attorney General of the State of California, Karen Smith, M.D., Director, California Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LIVINGWELL MEDICAL CLINIC, INC., et al.**,<br><br>                              Plaintiffs,<br><br>      v.<br><br>**KAMALA HARRIS, et al.**,<br><br>                              Defendants. | 4:15-cv-04939-JSW<br><br>**[PROPOSED]** ORDER ON JOINT STIPULATION TO REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE<br><br>Judge: The Hon. Jeffrey S. White<br>Action Filed: October 27, 2015 |

## **ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Case Management Conference be continued to March 18, 2016 at 11:00 a.m. The joint case management statement shall be due March 11, 2016.

**IT IS SO ORDERED:**

Dated: January 7, 2016

_____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**