United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVINGWELL MEDICAL CLINIC, INC., PREGNANCY CARE CENTER OF THE NORTH COAST, INC., and CONFIDENCE PREGNANCY CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA HARRIS, Attorney General of the State of California; KAREN SMITH, M.D., Director of California Department of Public Health; MICHAEL COLANTUONO, City Attorney of Grass Valley, California; ALISON BARRAT-GREEN, Country Counsel of Nevada County, California; CINDY DAY-WILSON, City Attorney of Eureka, California; JEFFREY S. BLANCK, County Counsel of Humboldt County, California; CHRISTOPHER A. CALLIHAN, City Attorney of Salinas, California; CHARLES J. MCKEE, County Counsel of Monterey County, California; <br><br> Defendants. <br> _____/ | No. C 15-04939 JSW <br><br> **ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR** |

By order dated November 17, 2015, this Court set the initial case management conference and required personal appearances by counsel. The case management conference was subsequently continued to March 18, 2016. On Friday, March 18, 2016, this Court held the initial case management conference in this matter. Counsel for Defendant Jeffrey S. Blanck, Mary Blair Angus, did not appear.

Accordingly, Angus is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions in the amount of $250.00. The response to this Order to Show Cause shall be due by March 25, 2016.

**IT IS SO ORDERED.**

Dated: March 18, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2