United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVINGWELL MEDICAL CLINIC, INC., PREGNANCY CARE CENTER OF THE NORTH COAST, INC., and CONFIDENCE PREGNANCY CENTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of the State of California; KAREN SMITH, M.D., Director of California Department of Public Health; MICHAEL COLANTUONO, City Attorney of Grass Valley, California; ALISON BARRAT-GREEN, Country Counsel of Nevada County, California; CINDY DAY-WILSON, City Attorney of Eureka, California; JEFFREY S. BLANCK, County Counsel of Humboldt County, California; CHRISTOPHER A. CALLIHAN, City Attorney of Salinas, California; CHARLES J. MCKEE, County Counsel of Monterey County, California;<br><br>Defendants.<br>_____/ | No. C 15-04939 JSW<br><br>**<u>AMENDED</u> ORDER IMPOSING SANCTIONS FOR FAILURE TO APPEAR** |

By order dated November 17, 2015, this Court set the initial case management conference and required personal appearances by counsel. The case management conference was subsequently continued to March 18, 2016. On Friday, March 18, 2016, this Court held the initial case management conference in this matter. Counsel for Defendant Jeffrey S. Blanck, Mary Blair Angus, did not appear. The Court issued an Order to Show Cause why it should not impose monetary

sanctions in the amount of $250.00 for failure to appear. On March 24, 2016, Angus filed a response indicating that although she had read the Court's order requiring her appearance, she had neglected to make a note of the conference and had simply failed to appear. Accordingly, the Court issues sanctions in the amount of $250.00 payable to the Clerk of the Court by no later than **March 31, 2016.**

**IT IS SO ORDERED.**

Dated: March 28, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE