1  CYNDY DAY-WILSON (SBN 135045)
   CITY ATTORNEY, CITY OF EUREKA
2  City of Eureka
3  531 K Street
   Eureka, CA 95501
4  Tel.: (707) 441-4147
   Fax: (707) 441-4148
5
   Attorney for Defendant CYNDY DAY-WILSON, in her official
6  capacity as City Attorney for the City of Eureka, California.

7
8                    **UNITED STATES DISTRICT COURT**
9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                            **OAKLAND DIVISION**

11
12 | LIVINGWELL MEDICAL CLINIC INC., ET AL. | Case No.: 4:15-cv-04939-JSW |
   |---|---|
13 | | Assigned to the Hon. Jeffrey S. White |
   | Plaintiffs, | |
14 | | **STIPULATION AND [PROPOSED] ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE DEFENDANT CYNDY DAY-WILSON, CITY ATTORNEY OF EUREKA, CALIFORNIA, IN HER OFFICIAL CAPACITY** |
   | v. | |
15 | KAMALA HARRIS, et al. | |
16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26

1. Whereas Plaintiffs in this action seek relief related to California Assembly Bill 775, also known as the "Reproductive FACT Act." which is now codified at California Health and Safety Code §§ 123470-123473;

2. Whereas the Reproductive FACT Act is a California state statute, of which Defendant Cyndy Day-Wilson, City Attorney of Eureka, California, in her official capacity, played no part in enacting, yet the Act provides her as well as the other City and County defendants named in this lawsuit with authority to enforce its provisions by virtue of her capacities;

3. Whereas, Ms. Day-Wilson has not exercised her authority to enforce the Reproductive FACT Act;

4. Whereas in order to minimize the cost and expense of actively litigating a matter that she contends is not ripe for review, Ms. Day-Wilson seeks to be dismissed from this matter; and

5. Whereas Plaintiffs have agreed to dismiss Ms. Day-Wilson without prejudice on the condition that she stipulate not to enforce the Reproductive FACT Act against any Plaintiff for the duration of this case.

**STIPULATION**

6. IT IS HEREBY STIPULATED AND AGREED Defendant Day-Wilson shall not enforce the Reproductive FACT Act against Plaintiffs, while this matter is pending before the trial court, and until such time as this case is dismissed in its entirety or a judgment is entered. Ms. Day-Wilson furthermore agrees to observe and comply with any judgment entered by this Court finding the Act to be unconstitutional or otherwise unenforceable unless and until such judgment is reversed or modified by a higher court. Based on that representation, Plaintiffs

shall dismiss Ms. Day-Wilson from this action, without prejudice, within fourteen (14) days of the filing of this stipulation.

7. If Ms. Day-Wilson later elects to enforce the Reproductive FACT Act against any Plaintiff during the pendency of this action, Plaintiffs may vacate the dismissal of Ms. Day-Wilson, and by enforcing the Reproductive FACT Act in violation of this stipulation, Ms. Day-Wilson waives any defenses based on abstention (including Younger abstention), laches, estoppel, the statute of limitations, or any other prejudice resulting from being re-named as a defendant at a later stage in this action.  In addition, should Plaintiffs be required to refile this action against Ms. Day-Wilson from her enforcing the Reproductive FACT Act in violation of this stipulation, Ms. Day-Wilson hereby waives any right she may have to seek costs under FRCP 41(d).

IT IS SO STIPULATED.

DATED:  April 7, 2016                By:  /s/ Cyndy Day-Wilson
                                           Cyndy Day-Wilson,
                                           City Attorney, City of Eureka

DATED:  April 11, 2016               AMERICAN CENTER FOR LAW & JUSTICE

                                         By: /s/ Francis J. Manion
                                             Francis J. Manion
                                             Attorneys for Plaintiffs Livingwell Medical Clinic, Inc.; Pregnancy Care Center of the North Coast, Inc., and Confidence Pregnancy Center, Inc.

# [~~PROPOSED~~] ORDER ON STIPULATION

The Court has read and accepts the Parties' stipulation on the following terms, and it is hereby ordered:

1. Defendant Day-Wilson shall NOT enforce the Reproductive FACT Act against Plaintiffs, while this matter is pending before the trial court, and until such time as this case is dismissed in its entirety or a judgment is entered. Ms. Day-Wilson further agrees to observe and comply with any judgment entered by this Court finding the Act to be unconstitutional or otherwise unenforceable unless and until such judgment is reversed or modified by a higher court. Based on that representation, Plaintiffs shall dismiss Ms. Day-Wilson from this action, without prejudice, within fourteen (14) days of the filing of this stipulation.

2. If Ms. Day-Wilson later elects to enforce the Reproductive FACT Act against any Plaintiff during the pendency of this action, Plaintiffs may vacate the dismissal of Ms. Day-Wilson, and by enforcing the Reproductive FACT Act in violation of this stipulation, Ms. Day-Wilson waives any defenses based on abstention (including Younger abstention), laches, estoppel, the statute of limitations, or any other prejudice resulting from being re-named as a defendant at a later stage in this action. In addition, should Plaintiffs be required to refile this action against Ms. Day-Wilson from her enforcing the Reproductive FACT Act in violation of this stipulation, Ms. Day-Wilson thereby waives any right she may have to seek costs under FRCP 41(D).

IT IS SO ORDERED.

DATED: April 12, 2016

_____
Honorable Jeffrey S. White
United States District Judge