Robert H. Tyler, CA Bar No. 179572
Jennifer L. Bursch, CA Bar No. 245512
Tyler & Bursch, LLP
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Tel:   951-304-7583
Fax:   951-600-4996
rtyler@tylerbursch.com
jbursch@tylerbursch.com

Francis J. Manion*
Geoffrey R. Surtees*
American Center for Law & Justice
Post Office Box 60
6375 New Hope Road
New Hope, Kentucky 40052
Tel:   502-549-7020
Fax:   502-549-5252
fmanion@aclj.org
gsurtees@aclj.org

Counsel for Plaintiffs
*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LIVINGWELL MEDICAL CLINIC, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendant. | Case No. 4:15-cv-04939-JSW <br><br> **JOINT STATUS REPORT** <br><br> Judge:   Hon. Jeffrey S. White |

TO THE HONORABLE COURT:

Pursuant to this Court's Order of November 29, 2016 (ECF Doc. 105), the parties respectfully submit the following joint status report:

1.   On November 29, 2016, this Court stayed the instant case pending disposition of Plaintiffs' appeal of this Court's December 18, 2015 Order denying Plaintiffs' Motion for a Preliminary Injunction. In that November 29, 2016 Order, the Court ordered the parties to "file joint status updates every 120 days and a notice of final disposition within 10 days of receipt."

2.   In their first joint status report (ECF Doc. 108, March 29, 2017), the parties informed the Court that, subsequent to the Ninth Circuit Court of Appeals denying Plaintiffs' Petition for Rehearing En Banc and the Ninth Circuit issuing the mandate in Plaintiffs' appeal to that Court, Plaintiffs filed a Petition for a Writ of Certiorari with the United States Supreme Court on March

20, 2017.

3. On November 13, 2017, the Supreme Court granted the petition for a writ of certiorari in *National Institute for Family Life Advocates (NIFLA) v. Becerra*, S. Ct. No. 16-1140. *See* S. Ct. Order List, https://www.supremecourt.gov/orders/courtorders/111317zor_21o2.pdf.

4. The question presented in that case is "Whether the disclosures required by the California Reproductive FACT Act violate the protections set forth in the Free Speech Clause of the First Amendment, applicable to the States through the Fourteenth Amendment." *Id*.

5. The Supreme Court heard oral arguments in *NIFLA* on March 20, 2018.

6. Plaintiffs' petition for a writ of certiorari remains pending, *see* https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/16-1153.html, and will most likely be held, and then decided, based on the Supreme Court's decision in *NIFLA*.

7. The parties will submit another status report with the Court by July 24, 2018, or "a notice of final disposition within 10 days of receipt," whichever comes first.

Respectfully submitted this 26th day of March 2018,

| DATED: 3/26/2018 | BY: s/ Francis J. Manion<br>Francis J. Manion, AMERICAN CENTER FOR LAW & JUSTICE, Attorney for Plaintiffs |
|---|---|
| DATED: 3/26/2018 | BY: s/ Noreen Skelly<br>Noreen Skelly, CALIFORNIA DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, Attorney for Defendant XAVIER BECERRA, in his official capacity |
| DATED: 3/20/2018 | BY: s/ Katherine M. Hogan<br>Katherine M. Hogan, Senior Deputy City Attorney, CITY OF SALINAS, OFFICE OF THE CITY ATTORNEY, Attorney for Defendant CHRISTOPHER A. CALLIHAN, City Attorney of Salinas, California, in his official capacity |

//

//

| | | |
|---|---|---|
| 1 | DATED: 3/20/2018 | BY: s/ William M. Litt |
| 2 | | William M. Litt, Deputy County Counsel, COUNTY OF MONTEREY, |
| 3 | | OFFICE OF THE COUNTY COUNSEL, Attorney for Defendant CHARLES J. |
| 4 | | MCKEE, County Counsel of Monterey County, California, in his official capacity |
| 5 | | |
| 6 | DATED: 3/20/2018 | BY: s/ Amanda Uhrhammer |
| | | Amanda Uhrhammer, Assistant County Counsel, NEVADA COUNTY, OFFICE |
| 7 | | OF THE COUNTY COUNSEL, Attorney |
| 8 | | for Defendant ALISON BARRATT-GREEN, County Counsel of Nevada |
| 9 | | County, California, in her official capacity |

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

s/ Francis J. Manion
Francis J. Manion
Attorney for Plaintiffs

//

//

//

//

//

//

//

//

//

**CERTIFICATE OF SERVICE**

I am employed in Nelson County, Commonwealth of Kentucky. I am over the age of 18 and not a party to this action. My business address is 6375 New Hope Road, New Hope, Kentucky, 40052.

On March 26, 2018, I caused to be served the foregoing documents described below on the following interested parties in this action:

**JOINT STATUS REPORT**

X   Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- Noreen Patricia Skelly (noreen.skelly@doj.ca.gov)
- Katherine M. Hogan (katherine.hogan@ci.salinas.ca.us)
- William Merrill Litt (littwm@co.monterey.ca.us)
- Amanda Uhrhammer (amanda.uhrhammer@co.nevada.ca.us)

X   I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of March 2018.

s/ Francis J. Manion
FRANCIS J. MANION
fmanion@aclj.org