Robert H. Tyler, CA Bar No. 179572
Jennifer L. Bursch, CA Bar No. 245512
Tyler & Bursch, LLP
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Tel:   951-304-7583
Fax:   951-600-4996
rtyler@tylerbursch.com
jbursch@tylerbursch.com

Francis J. Manion*
Geoffrey R. Surtees*
American Center for Law & Justice
Post Office Box 60
6375 New Hope Road
New Hope, Kentucky 40052
Tel:    502-549-7020
Fax:    502-549-5252
fmanion@aclj.org
gsurtees@aclj.org

Counsel for Plaintiffs
*Admitted pro hac vice

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LIVINGWELL MEDICAL CLINIC, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendant. | Case No. 4:15-cv-04939-JSW <br><br> **JOINT STATUS REPORT** <br><br> Judge:   Hon. Jeffrey S. White |

TO THE HONORABLE COURT:

    Pursuant to this Court's Order of November 29, 2016 (ECF Doc. 105), the parties respectfully submit the following joint status report:

    1.    On November 29, 2016, this Court stayed the instant case pending disposition of Plaintiffs' appeal of this Court's December 18, 2015 Order denying Plaintiffs' Motion for a Preliminary Injunction. In that November 29, 2016 Order, the Court ordered the parties to "file joint status updates every 120 days and a notice of final disposition within 10 days of receipt."

    2.    In their first joint status report (ECF Doc. 108, March 29, 2017), the parties informed the Court that, subsequent to the Ninth Circuit Court of Appeals denying Plaintiffs' Petition for Rehearing En Banc and the Ninth Circuit issuing the mandate in Plaintiffs' appeal to that Court, Plaintiffs filed a Petition for a Writ of Certiorari with the United States Supreme Court

on March 20, 2017: *LivingWell Medical Clinic, et al. v. Becerra, et al.*, S. Ct. No. 16-1153.

3. On June 28, 2018 the Supreme Court granted Plaintiffs' certiorari petition, vacated the Ninth Circuit's decision in *LivingWell Med. Clinic, Inc. v. Harris*, 669 Fed. Appx. 493 (9th Cir. 2016), and remanded the case for further consideration in light of *National Institute of Family and Life Advocates v. Becerra*, 585 U.S. ____ (2018). *See* https://www.supremecourt.gov/orders/courtorders/062818zr_k425.pdf.

4. The parties will submit another status report with the Court by November 3, 2018, or within 10 days after the Ninth Circuit acts upon the Supreme Court's June 28, 2018 order, whichever comes first.

Respectfully submitted this 6th day of July 2018,

| | |
|---|---|
| DATED: July 6, 2018 | BY: s/ Francis J. Manion<br>Francis J. Manion, AMERICAN CENTER FOR LAW & JUSTICE, Attorney for Plaintiffs |
| DATED: June 28, 2018 | BY: s/ Noreen Skelly<br>Noreen Skelly, CALIFORNIA DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, Attorney for Defendant XAVIER BECERRA, in his official capacity |
| DATED: June 28, 2018 | BY: s/ Katherine M. Hogan<br>Katherine M. Hogan, Senior Deputy City Attorney, CITY OF SALINAS, OFFICE OF THE CITY ATTORNEY, Attorney for Defendant CHRISTOPHER A. CALLIHAN, City Attorney of Salinas, California, in his official capacity |
| DATED: June 28, 2018 | BY: s/ William M. Litt<br>William M. Litt, Deputy County Counsel, COUNTY OF MONTEREY, OFFICE OF THE COUNTY COUNSEL, Attorney for Defendant CHARLES J. MCKEE, County Counsel of Monterey County, California, in his official capacity |

| | |
|---|---|
| DATED: July 3, 2018 | BY: s/ Scott A. McLeran<br>Scott A. McLeran, Deputy County Counsel, NEVADA COUNTY, OFFICE OF THE COUNTY COUNSEL, Attorney for Defendant ALISON BARRATT-GREEN, County Counsel of Nevada County, California, in her official capacity |

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

 As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

              s/ Francis J. Manion
              Francis J. Manion
              Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I am employed in Nelson County, Commonwealth of Kentucky. I am over the age of 18 and not a party to this action. My business address is 6375 New Hope Road, New Hope, Kentucky, 40052.

On July 6, 2018, I caused to be served the foregoing documents described below on the following interested parties in this action:

**JOINT STATUS REPORT**

X   Via ELECTRONIC CASE FILING, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- Noreen Patricia Skelly (noreen.skelly@doj.ca.gov)
- Katherine M. Hogan (katherine.hogan@ci.salinas.ca.us)
- William Merrill Litt (littwm@co.monterey.ca.us)
- Amanda Uhrhammer (amanda.uhrhammer@co.nevada.ca.us)

X   I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of July 2018.

s/ Francis J. Manion
FRANCIS J. MANION
fmanion@aclj.org