# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2018

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  **Livingwell Medical Clinic, Inc., et al.**
            **v. Xavier Becerra, Attorney General of California, et al.,**
            **No. 16-1153 (Your docket No. 15-17497)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                            Sincerely,

                                            SCOTT S. HARRIS, Clerk

                                            By  *[signature: Hervé Bocage]*

                                            Hervé Bocage
                                            Judgments/Mandates Clerk

Enc.
cc:    Mr. Jay Alan Sekulow, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 30, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Jay Alan Sekulow, Esq.
American Center for Law & Justice
201 Maryland Ave., N. E.
Washington, D. C. 20002

    Re:   **Livingwell Medical Clinic, Inc., et al.
         v. Xavier Becerra, Attorney General of California, et al.,
         No. 16-1153**

Dear Mr. Sekulow:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    The petitioners are given recovery of costs in this Court as follows:

        **Clerk's costs:**    **$300.00**

    This amount may be recovered from respondents.

                   Sincerely,

                   SCOTT S. HARRIS, Clerk

                   By  */s/ Herve' Bocage*
                   Herve' Bocage
                   Judgments/Mandates Clerk

cc:    Clerk, USCA for the Ninth Circuit
        (Your docket No. 15-17497)

# Supreme Court of the United States

No.   16-1153

**LIVINGWELL MEDICAL CLINIC, INC., ET AL.,**

Petitioners

v.

**XAVIER BECERRA, ATTORNEY GENERAL OF CALIFORNIA, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.  The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *National Institute of Family and Life Advocates* v. *Becerra,* 585 U. S. ___ (2018).

**IT IS FURTHER ORDERED** that the petitioners Livingwell Medical Clinic, Inc., et al. recover from Xavier Becerra, Attorney General of California, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 28, 2018



A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States