Robert H. Tyler, CA Bar No. 179572
Jennifer L. Bursch, CA Bar No. 245512
Tyler & Bursch, LLP
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Tel:    951-304-7583
Fax:    951-600-4996
rtyler@tylerbursch.com
jbursch@tylerbursch.com

Francis J. Manion*
Geoffrey R. Surtees*
American Center for Law & Justice
Post Office Box 60
6375 New Hope Road
New Hope, Kentucky 40052
Tel:    502-549-7020
Fax:    502-549-5252
fmanion@aclj.org
gsurtees@aclj.org

Counsel for Plaintiffs
*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LIVINGWELL MEDICAL CLINIC, INC., *et al.*, | Case No. 4:15-cv-04939-JSW |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Judge:   Hon. Jeffrey S. White |
| XAVIER BECERRA, *et al.*, | |
| Defendant. | |

TO THE HONORABLE COURT:

In their last joint status report filed with the Court on August 30, 2018, the parties requested 30 days to confer with each other in order to propose to the Court how the case should proceed in light of the Supreme Court's decision in *National Institute of Family Life Advocates (NIFLA) v. Becerra*, and the Ninth Circuit's August 28, 2018 remand order. (ECF Doc. 116.)

The parties wish to advise the Court that, in light of the Supreme Court's decision in *NIFLA*, they believe that the case can be effectively settled and resolved by way of stipulation and a final judgment as proposed to the Court by the parties.

The parties request sixty days to arrive at the terms and conditions of such settlement and will advise the Court within that timeframe of the resolution or status of their negotiations.

Respectfully submitted this 1st day of October 2018,

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: Oct. 1, 2018 | BY: s/ Francis J. Manion<br>Francis J. Manion, AMERICAN CENTER FOR LAW & JUSTICE, Attorney for Plaintiffs |
| 3 | | |
| 4 | | |
| 5 | DATED: Sept. 27, 2018 | BY: s/ Noreen Skelly<br>Noreen Skelly, CALIFORNIA DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, Attorney for Defendant XAVIER BECERRA, in his official capacity |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATED: Sept. 27, 2018 | BY: s/ Katherine M. Hogan<br>Katherine M. Hogan, Senior Deputy City Attorney, CITY OF SALINAS, OFFICE OF THE CITY ATTORNEY, Attorney for Defendant CHRISTOPHER A. CALLIHAN, City Attorney of Salinas, California, in his official capacity |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | DATED: Sept. 27, 2018 | BY: s/ William M. Litt<br>William M. Litt, Deputy County Counsel, COUNTY OF MONTEREY, OFFICE OF THE COUNTY COUNSEL, Attorney for Defendant CHARLES J. MCKEE, County Counsel of Monterey County, California, in his official capacity |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | DATED: Sept. 27, 2018 | BY: s/ Scott A. McLeran<br>Scott A. McLeran, Deputy County Counsel, NEVADA COUNTY, OFFICE OF THE COUNTY COUNSEL, Attorney for Defendant ALISON BARRATT-GREEN, County Counsel of Nevada County, California, in her official capacity |
| 19 | | |
| 20 | | |
| 21 | | |

1 **ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

2   As the filer of this document, I attest that concurrence in the filing was obtained from the

3 other signatories.

<u>s/ Francis J. Manion</u><br>
Francis J. Manion<br>
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I am employed in Nelson County, Commonwealth of Kentucky. I am over the age of 18 and not a party to this action. My business address is 6375 New Hope Road, New Hope, Kentucky, 40052.

On October 1, 2018, I caused to be served the foregoing documents described below on the following interested parties in this action:

**JOINT STATUS REPORT**

X   **Via ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- Noreen Patricia Skelly (noreen.skelly@doj.ca.gov)
- Katherine M. Hogan (katherine.hogan@ci.salinas.ca.us)
- William Merrill Litt (littwm@co.monterey.ca.us)
- Amanda Uhrhammer (amanda.uhrhammer@co.nevada.ca.us)

X   I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of October 2018.

s/ Francis J. Manion  
FRANCIS J. MANION  
fmanion@aclj.org